IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                              Chapter 11(Involuntary)

GUERRINI FAMILY LIMITED PARTNERSHIP         Case No. 8:06-bk-05383-MGW

    Debtor.
_____/

### NOTICE OF FILING

KEYAPAHA COMPANY, by their undersigned attorneys, hereby gives notice of the filing of the Affidavit of Paul Bilzerian with the Court this 19th day of October 2006.

By: /s/ David Hammer
DAVID E. HAMMER
FLORIDA BAR NO. 23173
DAVID E. HAMMER, P.A.
218 E. Bearss Ave., #360
Tampa, Florida 33613-1625
Ph.: 813/274-4999
Fax: 800/967-7340
Attorneys for Keyapaha Company

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2006 I electronically filed a true and correct copy of the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: John A. Anthony and Stephenie M. Biernacki, GrayRobinson P.A., 201 N. Franklin Street, Suite 2200, Tampa, FL 33602; Michael Horan, Trenam Kemker, Bank of America Tower, 200 Central Avenue, Suite 1600, St. Petersburg, FL 33701; and the Office of the United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, Florida 33602.

*David Hammer*
_____
David E. Hammer

## AFFIDAVIT OF PAUL A. BILZERIAN

COUNTY OF HILLSBOROUGH
STATE OF FLORIDA

BEFORE ME, the undersigned personally appeared, who having been duly sworn, deposes and says:

1. I do solemnly swear and affirm that the information below is true and correct to the best of my knowledge.

2. I am over the age of twenty-one and I have personal knowledge of the facts contained herein.

3. On or about June 1, 2004, I witnessed Jaques Chrysochoos execute a set of documents, including Certificate of Limited Partnership, Certificate No. 2, attached hereto as Exhibit A; and the Assignment and Transfer of Limited Partnership Interest, attached hereto as Exhibit B. No one else was present at the time.

4. Immediately prior to Mr. Chrysochoos signing these documents, we discussed his intention to admit Keyapaha Family Trust to the Guerrini Family Limited Partnership by signing those two documents. As the shareholders of both Guerrini Family Corporation and Keyapaha Company were the same – Harry and Lois Steffen – the substitution of Keyapaha Family Trust for the Guerrini Family Corporation as the sole limited partner of the Guerrini Family Limited Partnership required only a moment or two of discussion.

5. On June 1, 2004, Guerrini Family Corporation transferred its sole limited partnership interest in Guerrini Family Limited Partnership to Keyapaha Family Trust, which agreed through its trustee, Keyapaha Company, that it would be bound by and honor the terms of the Guerrini Family Limited Partnership Agreement.

6. On June 1, 2004, Keyapaha Family Trust became the sole limited partner of Guerrini Family Limited Partnership.

FURTHER AFFIANT SAYETH NAUGHT

*/s/ Paul A. Bilzerian*

PAUL A. BILZERIAN

Sworn to and subscribed before me on ___10/19/06___.

*/s/ Elizabeth A. Sandifer*

(Signature of Notary Public, State of Florida)

Elizabeth A. Sandifer
MY COMMISSION # DD292462 EXPIRES
March 26, 2008
BONDED THRU TROY FAIN INSURANCE, INC.

Check one:    Personally known __X__    Produced identification _____

2

EXHIBIT A



# Guerrini Family Limited Partnership

**THIS CERTIFIES THAT** KEYAPAHA FAMILY TRUST is the owner of 100% of the _____ units of Limited Partnership interest in the Limited Partnership, which was duly filed as a limited partnership in accordance with the laws of State of Florida

IN WITNESS WHEREOF, the undersigned, being the general partner of the Limited Partnership, attests the foregoing, and sets hereto its hand.

DATED: June 1, 2004

By: _____
General Partner

EXHIBIT B

## ASSIGNMENT AND TRANSFER
## OF LIMITED PARTNERSHIP INTEREST

FOR VALUE RECEIVED, Guerrini Family Corporation, the undersigned hereby sells, assigns and transfers to the Keyapaha Family Trust, 100% of its limited partnership interest in the Guerrini Family Limited Partnership.

Dated this 1st day of June, 2004.

GUERRINI FAMILY CORPORATION

_____
By its president, Jaques Chrysochoos

SHAREHOLDER CONSENT:


_____
Harry A. Steffen


_____
Lois Steffen